YOUNI GEMS CORP. et al., Respondents, v BASSCO CREATIONS INCORPORATED, Defendant, and EFRAIM BASALEL et al., Appellants.

Submitted August 2, 2010; decided October 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.